THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ANTHONY CHAMPAGNE, Defendant-Appellant.

(No. 54849; ▉)

First District—May 18, 1971.

*Abstract of Decision*

Opinion by Mr. PRESIDING JUSTICE LEIGHTON.

John W. Schelthoff, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and John A. Gibaitis, Assistant State's Attorneys, of counsel,) for the People.